UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO CESAR MEJIA OTAVALO,

Plaintiff,

-v-

FORDEN & CO. BUILDERS LLC *and* ELLE MARA SAGAPONACK HOLDINGS II, LLC,

Defendants.

26 Civ. 3847 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 18, 2026, defendant Forden & Co. Builders LLC ("Forden") moved, under 28 U.S.C. § 1404(a), to transfer venue from this District to the Eastern District of New York. Dkt. 38. On August 20, 2026, the Court set a briefing schedule for any opposition to Forden's motion. Dkt. 42. On August 27, 2026, plaintiff notified the Court that it he "will not oppose defendant [Forden's] motion to transfer the case to the Eastern District of New York." Dkt. 45 at 2. On September 2, defendant Elle Mara Sagaponack Holdings II, LLC also notified the Court that it did not intend to oppose Forden's motion. Dkt. 46. Accordingly, the unopposed motion to transfer venue, Dkt. 38, is GRANTED.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: September 3, 2026
New York, New York